

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00020-CR

MARTIN ALLEN GREEN                                                        APPELLANT
A/K/A MARTIN A. GREEN

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." Although appellant has not signed the motion in compliance with rule 42.2(a) of the rules of appellate procedure, appellant indicated in writing in a letter received in this court on May 11, 2011, that he no longer wishes to pursue his appeal. Tex. R. App. P. 42.2(a). We suspend rule 42.2(a)'s requirement that appellant sign the motion to

---

[1]*See* Tex. R. App. P. 47.4.

dismiss the appeal.  *Id.; see* Tex. R. App. P. 2.  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  See Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 26, 2011